# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JODY BARONE,

    Petitioner,

v.                                               Case No:  8:15-cv-1643-T-30MAP

UNITED STATES OF AMERICA,

    Respondent.

_____/

## **ORDER**

THIS CAUSE comes before the Court upon pro se[1] Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (CV Doc. 1) filed with the Court on July 7, 2015.

Upon due consideration, it is hereby **ORDERED** that:

1. The Government shall show cause within **SIXTY (60) DAYS** from the date of this Order why the relief sought in the motion should not be granted.

---

[1] Petitioner is cautioned that even though he is proceeding pro se, he is still required to comply with the Local Rules for the Middle District of Florida, the Federal Rules of Civil Procedure, and the Rules Governing Section 2255 Cases.  Failure to do so could result in sanctions, up to and including dismissal of his claims.  *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989).  A copy of the Local Rules may be obtained at no charge by mailing a letter to the Clerk's Office.  Petitioner must also provide a self-addressed envelope with sufficient postage affixed thereto.  The Local Rules measure 8 1/2" x 11" x 1/2."  A copy of the Local Rules may also be found in the institution's law library or on the Court's website at: http://www.flmd.uscourts.gov.

2. As part of the initial pleading required by paragraph (1) of this Order, the Government shall also:

    A. State whether Petitioner has filed any prior postconviction motions; and

    B. Procure transcripts and/or narrative summaries in accordance with Rule 5(c) of the Rules Governing Section 2255 Cases, if the transcripts and/or summaries are not on file.

3. Henceforth, Petitioner shall mail one copy of every pleading, exhibit, and/or correspondence, along with a certificate of service indicating the date an accurate copy was mailed, to the Government attorney listed as counsel of record in this case. **Should Petitioner fail to include the required certificate of service, the Clerk of this Court is directed to reject the document for filing and return the document without action.**

4. Petitioner shall advise the Court of any change of address. Failure to do so will result in the case being dismissed for failure to prosecute.

5. Petitioner may have **THIRTY (30) DAYS** after the date the Government files its response to file a reply thereto.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of July, 2015.

                                                   JAMES S. MOODY, JR.
                                                   UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record